IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION DIVISION
5:15-CR-267-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK ANTHONY DAVIS | **ORDER TO SEAL PROPOSED<br>SEALED DOCUMENT** |

Before the Court for consideration is Defendant Mark Davis's Motion to Seal Proposed Sealed Document, Docket Number 91. For good cause shown, the Defendant's Motion is GRANTED.

It is therefore ORDERED that Docket Number 91 shall be and is hereby sealed.

SO ORDERED, this the  2nd  day of December 2016.

*[signature]*

HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE