IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-267-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MARK ANTHONY DAVIS | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 7, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), based upon the defendant pleading guilty to 18 U.S.C. § 924(c)(1)(A)(i) and 2, and agreeing to the forfeiture of the property listed in the December 7, 2016 Preliminary Order of Forfeiture, to wit:

    a) Glock model 30 .45 caliber pistol, serial number VNT585;

    b) Glock model 21 .45 caliber pistol, serial number VBD927;

    c) DPMS model A15 .223 caliber rifle, serial number DNWC019912;

    d) Mossberg model 500A .12 gauge shotgun, serial number T019920;

    e) Bushmaster model carbon 15 .223 caliber rifle, serial number CRB032217; and

    f) Rounds of ammunition.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between February 28, 2017 and March 29, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's December 7, 2016 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.  That the subject personal property listed in the December 7, 2016 Preliminary Order of Forfeiture is hereby forfeited to the United States.  That the U. S. Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to dispose of the property according to law, including destruction.

2.  The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this  23rd   of day   August  , 2017.


_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE